ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JOSEPH ORTIZ, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:25-cv-03773-TLN-SCR <br><br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Administrative Law Judge will obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base (Social Security Rulings 83-12, 83-14, 85-15 and/or 96-9p). The Administrative Law Judge will offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment

in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: May 1, 2026          LAW OFFICES OF FRANCESCO BENAVIDES

By:    */s/ Lillian J. Lee for\**
       FRANCESCO P. BENAVIDES
       Attorneys for Plaintiff
       [*As authorized by e-mail on May 1, 2026]

Dated: May 5, 2026          ERIC GRANT
                            United States Attorney
                            MATHEW W. PILE
                            Head of Program Litigation 1 – Law & Policy
                            Social Security Administration

By:    */s/ Lillian J. Lee*
       LILLIAN J. LEE
       Special Assistant United States Attorney
       Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: May 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE